UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aissatou Diallo,

                    Petitioner,

        -against-

William JOYCE, New York Field Office
Director, Immigration and Customs
Enforcement, U.S. Department of Homeland
Security; Kristi NOEM, Secretary, U.S.
Department of Homeland Security,

                    Respondents.

25-CV-9909 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On November 26, 2025, Petitioner Aissatou Diallo filed a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. Dkt. 1. She then filed an emergency motion for an order to show cause. Dkt. 3.

The Government is ordered to respond to the petition by **Wednesday, December 3, 2025**.

Petitioner's reply brief is due by **Thursday, December 4, 2025**.

The Court will hold a hearing on the petition on **Friday, December 5, 2025** at **10:00 AM** in Courtroom 15A, 500 Pearl Street, New York, NY 10007. **The Government shall furnish Petitioner for the hearing.**

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the date of the conference, using the appropriate ECF Filing Event. *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* http://nysd.uscourts.gov/ecf_filing.php.

To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States. *See, e.g.*, *Khalil v. Joyce*, No. 25-CV-1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du v. United States Dep't of Homeland Sec.*, No. 25-CV-0644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases."). Moreover, to preserve counsel's access to Petitioner and facilitate resolution of the Petition, Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See, e.g.*, *Perez y Perez v. Noem*, No. 25-CV-

4828 (DEH), 2025 WL 1908284, at *2–3 (S.D.N.Y. June 13, 2025) (enjoining a *habeas* petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado v. Baltazar*, No. 25-CV-2205-WJM-STV, 2025 WL 2280357, at *14–16 (D. Colo. Aug. 8, 2025) (same); *Oliveros v. Kaiser*, No. 25-CV-7117-BLF, 2025 WL 2677125, at *8–9, *11 (N.D. Cal. Sept. 18, 2025) (same).

     SO ORDERED.

Dated:  December 1, 2025
       New York, New York

                                       ARUN SUBRAMANIAN
                                  United States District Judge