UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aissatou Diallo,<br><br>      Petitioner,<br><br>  -against-<br><br>William Joyce et al.,<br><br>      Respondents. | 25-CV-9909 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The petition, Dkt. 1, is GRANTED and Diallo is ordered to be immediately released.

  SO ORDERED.

Dated: December 5, 2025
    New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge