UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aissatou Diallo,

                              Petitioner,

            -against-

William Joyce et al.,

                              Respondents.

25-CV-9909 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As discussed on the record at Friday's hearing, by **Friday, December 12, 2025**, the parties shall each submit a brief, no longer than ten pages, on whether Diallo can be lawfully detained at all under 8 U.S.C. § 1231. Pending the Court's decision on that issue, the government shall not attempt to re-detain Diallo.

The Court will soon issue a written opinion regarding its order granting Diallo's habeas petition, *see* Dkt. 13.

SO ORDERED.

Dated: December 8, 2025
        New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge