UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aissatou DIALLO,<br><br>        Petitioner,<br><br>-against-<br><br>William JOYCE, New York Field Office Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Kristi NOEM, Secretary, U.S. Department of Homeland Security,<br><br>        Respondents. | 25-CV-9909 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  By **Monday, January 12, 2026**, petitioner shall notify the Court as to whether she seeks attorney's fees and costs under the Equal Access to Justice Act and, if not, whether there is any reason this case should not be closed.

  SO ORDERED.

Dated: January 6, 2026
New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge