UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aissatou DIALLO,<br><br>                              Petitioner,<br><br>       -against-<br><br>William JOYCE, New York Field Office<br>Director, Immigration and Customs<br>Enforcement, U.S. Department of Homeland<br>Security; Kristi NOEM, Secretary, U.S.<br>Department of Homeland Security,<br><br>                              Respondents. | 25-CV-9909 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: January 13, 2026
New York, New York

_____
     ARUN SUBRAMANIAN
    United States District Judge