UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aissatou DIALLO,<br><br>        Petitioner,<br><br>-against-<br><br>William JOYCE, New York Field Office Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Kristi NOEM, Secretary, U.S. Department of Homeland Security,<br><br>        Respondents. | 25-CV-9909 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court accepts Diallo's motion for attorney's fees, Dkt. 23, as timely because it was filed within the statutory deadline and she has shown good cause, *see id.* at 1 n.1. The government may oppose that motion, if it chooses to do so, by **February 10, 2026**. Diallo may submit her reply, if any, by **February 17, 2026**.

  SO ORDERED.

Dated: January 27, 2026
New York, New York

                                    */s/*
                             ARUN SUBRAMANIAN
                             United States District Judge