UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AISSATOU DIALLO,

Petitioner,

v.

WILLIAM JOYCE, *et al.*,

Respondents.

No. 25 Civ. 9909 (AS)

**STIPULATION AND ORDER CONCERNING ATTORNEYS' FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

WHEREAS, on November 26, 2025, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, Dkt. No. 1;

WHEREAS, following briefing on the habeas petition, the Court held argument on December 5, 2025, after which it granted the petition and ordered Respondents to release the Petitioner, Dkt. No. 13;

WHEREAS, on December 23, 2025, the Court issued an Opinion and Order granting the petition, Dkt. No. 20;

WHEREAS, on January 22, 2026, Petitioner filed a motion for attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, Dkt. No. 23; and

WHEREAS, the parties wish to resolve Petitioner's claim for attorneys' fees consensually and dispose of this matter without further litigation,

NOW, THEREFORE, it is hereby STIPULATED, AGREED, and ORDERED as follows:

1. Petitioner agrees to accept payment of ten thousand dollars ($10,000.00) for attorneys' fees under the EAJA as settlement of her claim for attorneys' fees in this action.

2. The Government agrees to pay Petitioner's attorneys' fees in this action in the amount of ten thousand dollars ($10,000.00) and will endeavor to make such payment as soon as reasonably practical after the Court endorses this Stipulation and Order.

3. Petitioner agrees that payment of ten thousand dollars ($10,000.00) will dispose of all EAJA claims that have been raised, or could have been raised, against the Government in this habeas action.

4. Nothing herein shall constitute an admission by the Government that Petitioner is entitled to EAJA fees and costs in this action.

5. This Stipulation and Order contains the entire agreement between the parties and may be executed in counterparts each of which shall be deemed to be one and the same.

Dated: April 15, 2026

JAY CLAYTON
United States Attorney

By: ______________________
RACHAEL DOUD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007

Dated: April __, 2026

CO-COUNSEL NYC

By: ______________________
REBECCA PRESS
224 West 35th Street
New York, NY 10001

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 23.
SO ORDERED.

______________________
HON. ARUN SUBRAMANIAN
UNITED STATES DISTRICT JUDGE

Dated: April 16 , 2026
New York, New York